UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DELMY PACHECO AND MIRIAM PEREZ**, on behalf of themselves and all other individuals similarly situated,<br>            Plaintiffs,<br>v.<br>**THE CLEANING COMPANY, INC,** and **JUAN C. NAVARRO**<br>            Defendants. | )<br>)<br>) Case Number:  08 CV 4225<br>)<br>) (Pending In The Circuit Court of<br>)  of Cook County as Case No.<br>) 08 CH 22118)<br>)<br>)<br>) |

## NOTICE OF FILING
## OF NOTICE OF REMOVAL

To: John E. Untereker/Working Hands Legal Clinic
    77 West Washington Street, Suite 1402
    Chicago, Illinois 60602
    Facsimile: (312) 419-1025

**PLEASE TAKE NOTICE** that on July 24, 2008, the undersigned has filed defendant The Cleaning Company, Inc's **NOTICE OF REMOVAL** with the Clerk of the U.S. District Court for the Northern District of Illinois, a copy of which is attached hereto and served upon you.

                        Respectfully Submitted,
                        Your Petitioner, Defendant
                        The Cleaning Company, Inc.

                        By: _____
                            One of Its Attorneys

Jeffrey C. Blumenthal (ARDC #3124049)
Karl L. Felbinger Jr. (ARDC #6212222)
Jeffrey C. Blumenthal Chartered
2970 Maria Avenue, Suite 223
Northbrook, Illinois 60062
Telephone: (847) 498-3220
Facsimile: (847) 498-3221
jcblaw@ameritech.net

## CERTIFCATE OF SERVICE

I, Karl L. Felbinger, an attorney, certify that on July 25, 2008, I caused a copy of the foregoing Notice of Filing of Notice of Removal and a copy of the referenced NOTICE OF REMOVAL to be mailed to John E. Untereker, Working Hands Legal Clinic, attorney for plaintiffs, 77 W. Washington Street, Suite 1402, Chicago, Illinois 60602 with proper postage affixed and that, on July 25, 2008, I also facsimiled a copy of the foregoing Notice of Filing and a copy of the referenced NOTICE OF REMOVAL to John E. Untereker, Working Hands Legal Clinic at facsimile number (312) 419-1025.

_/s/ Karl Felbinger_